SOLOMON M. HANNEY *vs.* SARAH MURRAY.—*December,* 1837.

If the appellant die before the commencement of the term, to which the appeal is taken, the appeal will abate.

Wilson *vs.* Negro Ann Barnett.—1837.

Appeal from *Chancery.*

At this term the appellee suggested the death of the appellant, and filed the affidavit of one *Joshua Tipton,* made before a justice, certified by the clerk of *Carroll* county court, deposing that *Solomon M. Hanney,* the appellant, died on or about the 28th November, 1836.

It appeared from the record that a final decree was passed by the chancellor, on the 29th July, 1836, and adjudged that unless the defendant shall, on or before the 29th August, 1836, pay a certain sum to the complainant, or bring the same into court, that certain real estate should be sold. On the 29th September, 1836, *S. M. Hanney* appealed to the next December term, of this court. It appeared by the affidavit, that he died before the commencement of that term.

At this term, MOALE, for the appellee, moved the court to dismiss the cause. He referred to the act of 1806, ch. 90, sec. 1.

R. JOHNSON, for the appellee, cited, 1785, ch. 80, sec. 1; 1806, ch. 90, sec. 11; and 1815, ch. 149.

The court, BUCHANAN, Ch. J. and STEPHEN, DORSEY, SPENCE, and CHAMBERS, Judges, said the

APPEAL ABATED.